

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00058-CR

| | | |
|---|---|---|
| ALMEATER WILSON TURNER, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1600223D) |
| v. | § | January 13, 2022 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment and withdrawal order. The judgment and attached withdrawal order are modified to delete $60 from the reparations amount so that the judgment assesses only $850 in reparations and the withdrawal order authorizes the withdrawal of a total of $850 only. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel